IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DOROTHY NAIRNE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Secretary of State of Louisiana, <br><br> *Defendant.* | Civil Action No. 3:22-cv-00178-SDD-SDJ <br><br> Chief Judge Shelly D. Dick <br><br> Magistrate Judge Scott D. Johnson |

## NOTICE OF APPEAL

Defendant Nancy Landry, in her official capacity as Secretary of State of Louisiana, hereby gives notice of appeal from the Court's February 8, 2024 Order [Rec. Docs. 233 and 234] and all other orders ancillary, related, and precedent thereto, to the United States Court of Appeals for the Fifth Circuit. *See Dickinson v. Auto Ctr. Mfg. Co.*, 733 F.2d 1092, 1102 (5th Cir. 1983). This appeal is brought pursuant to 28 U.S.C. § 1291 and § 1292(a)(1).

Respectfully submitted, this the 19th day of February, 2024.

                                        */s/ Phillip J. Strach*
                                        Phillip J. Strach*
                                            *Lead Counsel*
                                        Thomas A. Farr*
                                        John E. Branch, III*
                                        Alyssa M. Riggins*
                                        Cassie A. Holt*
                                        **NELSON MULLINS RILEY &**
                                        **SCARBOROUGH LLP**
                                        301 Hillsborough Street, Suite 1400
                                        Raleigh, North Carolina 27603
                                        Ph: (919) 329-3800
                                        phil.strach@nelsonmullins.com
                                        tom.farr@nelsonmullins.com

john.branch@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com

*/s/ John C. Walsh*
John C. Walsh, LA Bar Roll No. 24903
John C. Conine, Jr., LA Bar Roll No. 36834
**SHOWS, CALL & WALSH, L.L.P.**
628 St. Louis St. (70802)
P.O. Box 4425
Baton Rouge, LA 70821
Ph: (225) 346-1461
Fax: (225) 346-1467
john@scwllp.com
coninej@scwllp.com

\* *Admitted pro hac vice*

*Counsel for Defendant NANCY LANDRY, in her official capacity as Secretary of State of Louisiana*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of February, 2024, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a notice of electronic filing to all counsel of record.

*/s/ Phillip J. Strach*
Phillip J. Strach*