No. 24-30115

# In the United States Court of Appeals for the Fifth Circuit

DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, AND LOUISIANA STATE CONFERENCE OF THE NAACP,
*Plaintiffs-Appellees*,

*v.*

NANCY LANDRY, SECRETARY OF STATE,
*Defendant-Appellant*,

*and*

STATE OF LOUISIANA,
*Intervenor-Appellant*.

Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:22-cv-00178 (C.J. Shelly D. Dick)

## PLAINTIFFS-APPELLEES' RESPONSE TO SECRETARY LANDRY'S MOTION TO EXTEND TIME TO FILE BRIEF

Leah Aden
Stuart Naifeh
Victoria Wenger
NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

Megan C. Keenan
Sarah Brannon
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
915 15th St., NW
Washington, DC 20005
(740) 632-0671
mkeenan@aclu.org
sbrannon@aclu.org

*Counsel for Plaintiffs-Appellees*
*(continued on inside cover)*

*Additional Counsel for Plaintiffs-Appellees*:

R. Jared Evans
I. Sara Rohani
NAACP LEGAL DEFENSE AND
 EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Michael de Leeuw
Amanda Giglio
COZEN O'CONNOR
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn
COZEN O'CONNOR
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Robert S. Clark
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
robertclark@cozen.com

Sophia Lin Lakin
Dayton Campbell-Harris
Garrett Muscatel
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbellharris@aclu.org
gmuscatel@aclu.org

T. Alora Thomas-Lundborg
Daniel J. Hessel
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
Stephanie Willis
ACLU FOUNDATION OF LOUISIANA
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
(504) 522-0628
*nahmed@laaclu.org*
*swillis@laaclu.org*

John Adcock
ADCOCK LAW LLC
3110 Canal Street
New Orleans, LA 70119
(504) 233-3125
jnadcock@gmail.com

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fifth Circuit Rules 27.4 and 28.2.1, the undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualifications or recusal.

**Appellants**: State of Louisiana, by and through Attorney General Elizabeth B. Murrill, represented by Louisiana's Office of the Attorney General attorneys Elizabeth Baker Murrill, Jorge Benjamin Aguinaga, and Morgan Brungard; and Holtzman Vogel Baran Torchinsky & Josefiak PLLC attorneys Jason B. Torchinsky, Edward M. Wenger, Phillip Michael Gordon, and Brennan Bowen. Nancy Landry, in her official capacity as Secretary of State for Louisiana, represented by Shows, Cali & Walsh, LLP attorneys John Carroll Walsh and John Clifton Conine, Jr.; and Nelson Mullins Riley & Scarborough LLP attorneys Phillip Strach, Alyssa Riggins, and Cassie Holt.

**Appellees**: Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and Louisiana State Conference of the NAACP, represented by

American Civil Liberties Union Foundation attorneys Megan C. Keenan, Sarah Brannon, Sophia Lin Lakin, Dayton Campbell-Harris, and Garrett Muscatel; Legal Defense Fund attorneys Stuart C. Naifeh, Victoria Wenger, Jared Evans, and I. Sara Rohani; Harvard Law School Election Law Clinic attorneys Tiffany Alora Thomas-Lundborg and Daniel Hessel; ACLU of Louisiana attorneys Nora Ahmed and Stephanie Willis; Cozen O'Connor attorneys Michael de Leeuw, Amanda Giglio, Josephine Bahn, and Robert S. Clark; and attorneys John Nelson Adcock and Ron Wilson.

**Intervenors**: United States of America, represented by U.S. Department of Justice attorneys Noah Bokat-Lindell and Erin Flynn. Cameron Henry, in his official capacity as President of the Louisiana Senate, and Phillip DeVillier, in his official capacity as Speaker of the Louisiana House of Representative, represented by Baker & Hostetler attorneys Richard Bryan Raile, E. Mark Braden, Patrick T. Lewis, Katherine McKnight, Michael Warren Mengis, Erika Prouty, and Robert J. Tucker.

Date: April 9, 2024  /s/ *Megan C. Keenan*
Megan C. Keenan

*Counsel for Plaintiffs-Appellees*

# APPELLEES' OPPOSITION TO APPELLANT LANDRY'S MOTION FOR AN EXTENSION OF TIME

Appellees Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and Louisiana State Conference of the NAACP respectfully submit this opposition to Appellant Landry's motion for a 60-day extension to the Louisiana Secretary of State's deadline to submit its brief in the above-captioned matter.

Pursuant to Rule 31.4 of the Rules of the United States Court of Appeals for the Fifth Circuit, "[n]o extension can be granted without good cause shown as required by Fed. R. App. P. 26(b)." And pursuant to Rule 31.4.3.2, an extension request that exceeds 30 days, like the one sought here, requires "[m]ore than ordinary good cause." Such requests "will be granted only under the *most extraordinary of circumstances*." *Id.* (emphasis added). Indeed, for such extensions, "[t]he movant must demonstrate *diligence* and *substantial* need and must show in detail what special circumstances exist that make" a shorter extension insufficient. *Id.* (emphasis added).

Appellant Landry's request—which it asks this Court to apply to all Appellants equally—is based on the untimely passing of a member of the

Secretary's counsel team, Thomas A. Farr. Appellees acknowledge that Mr. Farr's passing was unexpected and tragic. Still, Appellees maintain that it does not warrant the 60-day extension of time requested by Appellant Landry. Mr. Farr was not Appellant Landry's only attorney in this case, and was not Appellant Landry's lead counsel. ECF No. 20 (noting that Phillip Strach is Lead Counsel for Appellant Landry). Appellant Landry is represented by Nelson Mullins, a well-resourced law firm that employs nearly 1,000 attorneys across the country and has dedicated several of its capable attorneys (in addition to Mr. Farr) to represent her here. And while Appellant Landry would undoubtedly have benefited from Mr. Farr's counsel and input, Appellant Landry has several other capable lawyers—Mr. Strach, Ms. Riggins, and Ms. Holt, to name a few—who have the same knowledge of the record as Mr. Farr and who are more than capable of preparing the briefing called for here. Appellees respectfully maintain that Mr. Farr's passing and his participation on Appellant Landry's counsel team—without additional indication of what if any participation Mr. Farr was intended to have in preparing Appellant Landry's brief—does not rise to the level of "more than ordinary good cause" that justifies *doubling* the time afforded to

Appellant Landry (and to all other Appellants) to submit briefing. Rule 31.4.3.2.

Moreover, Appellant Landry's application does not acknowledge the severe prejudice that a 60-day extension would cause Appellees. As this Court is aware, the District Court ruling at issue found that the maps governing the election of the Louisiana legislature violated Section 2 of the Voting Rights Act. Any delay to the remedies called for by the District Court's decision—including, but not limited to, a special election under maps that are *not* violative of Section 2 of the Voting Rights Act—offends Appellees' fundamental voting rights and rights to a representative government. And the delay in question is not minor—granting a 60-day extension to Appellant Landry's briefing would mean that initial briefing in this case would not be completed until July 23, 2024, *at the earliest*, instead of May 23, 2024. If the District Court declines to go forward with remedial proceedings prior to the conclusion of this appeal, as Appellant Landry has argued that the District Court should, a 60-day extension would function as a complete, irreversible denial of certain relief sought by Appellees—a special election to take place concurrently with the 2024 federal elections.

Additionally, the Louisiana legislature—unjustly elected under maps that violate Section 2 of the Voting Rights Act—is currently undertaking significant actions that could affect the lives of all Louisianans (including, but not limited to, those who are not adequately represented by the violative maps). For example, the Legislature is currently considering H.B. 800, a bill that calls for a constitutional convention where delegates—including all of the current members of the Louisiana legislature elected using the *illegal* maps at issue—will *rewrite* the Louisiana State Constitution (the current version of which has been in place for over a century). Each and every day that these illegal maps remain in place—and the Legislature elected under them remains in office—is harmful to Appellees, and expedient consideration of the instant appeal is necessary to ensure that Appellees' fundamental rights to vote are honored.

Cognizant of and sympathetic to Appellant Landry's unexpected and tragic circumstances, Appellees proposed a fair and reasonable 17-day extension to Appellant Landry's briefing deadline (*i.e.*, extending Appellant's deadline from Tuesday, April 23 to Friday, May 10), and proposed to eliminate seven days from Appellees' *own* time to brief their

opposition in order to allow the parties' initial briefing to conclude on May 31, 2024 (approximately a week after it would have originally concluded). Appellant Landry rejected this proposal without explanation. Appellees maintain that, if any extension to Appellant Landry's briefing deadline is granted, it should align with Appellees' proposal to better balance the competing concerns at issue.

Date: April 9, 2024

Respectfully submitted,

/s/ Megan C. Keenan

Leah Aden
Stuart Naifeh
Victoria Wenger
NAACP Legal Defense &
Educational Fund
40 Rector Street, 5th Floor
New York, NY 10006
laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans
I. Sara Rohani
NAACP Legal Defense &
Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
jevans@naacpldf.org
srohani@naacpldf.org

Megan C. Keenan
Sarah Brannon*
American Civil Liberties Union
Foundation
915 15th St. NW
Washington, DC 20005
sbrannon@aclu.org
mkeenan@aclu.org

Sophia Lin Lakin
Dayton Campbell-Harris*
Garrett Muscatel
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
gmuscatel@aclu.org

9

John Adcock
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Michael de Leeuw
Amanda Giglio
Cozen O'Connor
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Robert S. Clark
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
robertclark@cozen.com

T. Alora Thomas-Lundborg
Daniel J. Hessel
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

*Practice is limited to federal court.*

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3(c), undersigned counsel certifies the following:

1. This motion complies with the type-volume limit of Fifth Circuit Rule 32.2 and Federal Rules of Appellate Procedure 27 and 32. Excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 851 words printed in a proportionally spaced typeface.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief is printed in a proportionally spaced, serif typeface, using Century Schoolbook 14-point font in text produced by Microsoft Word software.

Date: April 9, 2024                     Respectfully submitted,

                                        */s/ Megan C. Keenan*

Leah Aden                               Megan C. Keenan
Stuart Naifeh                           Sarah Brannon*
Victoria Wenger                         American Civil Liberties Union
NAACP Legal Defense &                   Foundation
Educational Fund                        915 15th St. NW
40 Rector Street, 5th Floor             Washington, DC 20005
New York, NY 10006                      sbrannon@aclu.org

laden@naacpldf.org
snaifeh@naacpldf.org
vwenger@naacpldf.org

R. Jared Evans
I. Sara Rohani
NAACP Legal Defense &
Educational Fund
700 14th Street, Suite 600
Washington, DC 20005
jevans@naacpldf.org
srohani@naacpldf.org

John Adcock
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Michael de Leeuw
Amanda Giglio
Cozen O'Connor
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Robert S. Clark
COZEN O'CONNOR
One Liberty Place

mkeenan@aclu.org

Sophia Lin Lakin
Dayton Campbell-Harris*
Garrett Muscatel
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbell-harris@aclu.org
gmuscatel@aclu.org

T. Alora Thomas-Lundborg
Daniel J. Hessel
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

*Practice is limited to federal court.*

1650 Market Street, Suite 2800
Philadelphia, PA 19103
robertclark@cozen.com

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I hereby certify that, on April 9, 2024, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served via electronic filing upon all counsel of record in this case.

Date: April 9, 2024

Respectfully submitted,

/s/ *Megan C. Keenan*

| | |
|---|---|
| Leah Aden | Megan C. Keenan |
| Stuart Naifeh | Sarah Brannon* |
| Victoria Wenger | American Civil Liberties Union Foundation |
| NAACP Legal Defense & Educational Fund | 915 15th St. NW |
| 40 Rector Street, 5th Floor | Washington, DC 20005 |
| New York, NY 10006 | sbrannon@aclu.org |
| laden@naacpldf.org | mkeenan@aclu.org |
| snaifeh@naacpldf.org | |
| vwenger@naacpldf.org | Sophia Lin Lakin |
| | Dayton Campbell-Harris* |
| R. Jared Evans | Garrett Muscatel |
| I. Sara Rohani | American Civil Liberties Union Foundation |
| NAACP Legal Defense & Educational Fund | 125 Broad Street, 18th Floor |
| 700 14th Street, Suite 600 | New York, NY 10004 |
| Washington, DC 20005 | slakin@aclu.org |
| jevans@naacpldf.org | dcampbell-harris@aclu.org |
| srohani@naacpldf.org | gmuscatel@aclu.org |
| | |
| John Adcock | T. Alora Thomas-Lundborg |
| Adcock Law LLC | Daniel J. Hessel |
| Louisiana Bar No. 30372 | Election Law Clinic |
| 3110 Canal Street | Harvard Law School |
| New Orleans, LA 701119 | 6 Everett Street, Ste. 4105 |

jnadcock@gmail.com

Michael de Leeuw
Amanda Giglio
Cozen O'Connor
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Robert S. Clark
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
robertclark@cozen.com

Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

*Practice is limited to federal court.*

*Counsel for Plaintiffs-Appellees*