# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 24, 2024
Lyle W. Cayce
Clerk

No. 24-30115

Dorothy Nairne, *Doctor*; Clee E. Lowe, *Reverend*; Alice Washington, *Doctor*; Black Voters Matter Capacity Building Institute; Louisiana State Conference of the NAACP; Steven Harris, *Reverend*,

*Plaintiffs—Appellees*,

versus

Nancy Landry, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

State of Louisiana, *by and through Attorney General Elizabeth B. Murrill*; Phillip DeVillier, *in his official capacity as Speaker of the Louisiana House of Representative*; Cameron Henry, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

versus

United States of America,

*Intervenor—Appellee*.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178
_____

ON PETITION FOR INITIAL HEARING EN BANC

Before ELROD, HAYNES, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

The petition for initial hearing *en banc* is DENIED. At the request of one of its members, the court was polled, and a majority did not vote in favor of rehearing (Fed. R. App. P. 35 and 5th Cir. R. 35).

In the *en banc* poll, eight judges voted in favor of initial hearing *en banc* (Jones, Smith, Elrod, Willett, Ho, Duncan, Engelhardt, and Oldham) and eight voted against (Richman, Stewart, Southwick, Haynes, Graves, Higginson, Douglas, and Ramirez).

Judge Wilson took no part in the consideration of this petition.