# No. 24-30115

# In the United States Court of Appeals for the Fifth Circuit

DR. DOROTHY NAIRNE, REV. CLEE EARNEST LOWE, DR. ALICE WASHINGTON, STEVEN HARRIS, BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE, AND LOUISIANA STATE CONFERENCE OF THE NAACP,
*Plaintiffs-Appellees,*

*v.*

NANCY LANDRY, SECRETARY OF STATE,
*Defendant-Appellant,*

*and*

STATE OF LOUISIANA,
*Intervenor-Appellant.*

Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:22-cv-00178 (C.J. Shelly D. Dick)

## PLAINTIFFS-APPELLEES' MOTION FOR EXTRA LENGTH

Stuart Naifeh
Victoria Wenger
Colin Burke
NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
vwenger@naacpldf.org
cburke@naacpldf.org

Megan C. Keenan
Sarah Brannon
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
915 15th St., NW
Washington, DC 20005
(740) 632-0671
mkeenan@aclu.org
sbrannon@aclu.org

*Counsel for Plaintiffs-Appellees (continued on inside cover)*

*Additional Counsel for Plaintiffs-Appellees*:

Leah Aden
NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org

R. Jared Evans
I. Sara Rohani
NAACP LEGAL DEFENSE AND
  EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
jevans@naacpldf.org
srohani@naacpldf.org

Michael de Leeuw
Amanda Giglio
COZEN O'CONNOR
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn
COZEN O'CONNOR
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Robert S. Clark
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
robertclark@cozen.com

Sophia Lin Lakin
Dayton Campbell-Harris
Garrett Muscatel
AMERICAN CIVIL LIBERTIES
  UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
slakin@aclu.org
dcampbellharris@aclu.org
gmuscatel@aclu.org

T. Alora Thomas-Lundborg
Daniel J. Hessel
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
Stephanie Willis
ACLU FOUNDATION OF LOUISIANA
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org
swillis@laaclu.org

John Adcock
ADCOCK LAW LLC
3110 Canal Street
New Orleans, LA 70119
(504) 233-3125
jnadcock@gmail.com

## ARGUMENT

Pursuant to Fifth Circuit Rules 27.1.16 and 32.4, Appellees Dr. Dorothy Nairne, Rev. Clee Earnest Lowe, Dr. Alice Washington, Steven Harris, Black Voters Matter Capacity Building Institute, and the Louisiana State Conference of the NAACP ("Plaintiffs-Appellees") request permission to file a consolidated brief that exceeds the 13,000-word limit under Federal Rule of Appellate Procedure 32(a)(7)(B)(i). Plaintiffs-Appellees must respond to three principal briefs filed by Appellants, and have an extraordinary and compelling need for a brief of no more than 23,000 words (approximately 7,000 fewer words than used by Appellants, collectively). Plaintiffs-Appellees have conferred with Appellants regarding the instant request, and Appellants take no position.

The instant appeal involves three Appellants: the State of Louisiana (the "State"); Nancy Landry, the Louisiana Secretary of State (the "Secretary"); Phillip DeVillier, the Speaker of the Louisiana House of Representatives, and Cameron Henry, the President of the Louisiana Senate (together, the "Legislative-Intervenors" and collectively with the State and the Secretary, the "Appellants"). Each of the Appellants filed

its own brief in this case. Together, the Appellants' briefs total more than 30,400 combined words.

As this Court is aware, this appeal involves Appellants' attempt to reverse a decision enjoining the use of S.B. 1 and H.B. 14, the maps used to elect the Louisiana state legislature, as violative of Section 2 of the Voting Rights Act ("Section 2"). The District Court's 91-page decision following a 7-day trial—which included testimony from 20 witnesses, 7 fact witnesses and 13 expert witnesses—details the complex, multi-step inquiry for assessing Section 2 claims laid out in *Thornburg v. Gingles*, 478 U.S. 30 (1986), and recently affirmed by the Supreme Court in *Allen v. Milligan*, 599 U.S. 1 (2023).

Despite separating arguments across separate briefs, Appellants challenge each and every aspect of the District Court's decision. And Appellants' distinct challenges include lengthy, complex arguments, ranging from whether Section 2 affords a private right of action at all to Plaintiffs-Appellees' standing to challenge the statutes in question to each and every aspect of the District Court's findings on the merits.

Because Appellants have presented a significant number of distinct, complex issues to which Plaintiffs-Appellees must respond—

which, as stated earlier, are laid out using over 30,400 words—there exists good cause for Plaintiffs-Appellees' request for additional words. Such additional words will allow Plaintiffs-Appellees to respond meaningfully and completely to Appellants' three briefs in a single, consolidated brief. Plaintiffs-Appellees therefore respectfully request leave to file an extra-length brief of no more than 23,000 words.

## CONCLUSION

Plaintiffs-Appellees respectfully request that this Court permit them to file a single, consolidated brief of no more than 23,000 words.

Date: July 26, 2024                               Respectfully submitted,

Leah Aden                                         */s/ Megan C. Keenan*
Stuart Naifeh                                     Megan C. Keenan
Victoria Wenger                                   Sarah Brannon
Colin Burke                                       American Civil Liberties Union
NAACP Legal Defense &                             Foundation
Educational Fund                                  915 15th St. NW
40 Rector Street, 5th Floor                       Washington, DC 20005
New York, NY 10006                                sbrannon@aclu.org
laden@naacpldf.org                                mkeenan@aclu.org
snaifeh@naacpldf.org
vwenger@naacpldf.org                              Sophia Lin Lakin
cburke@naacpldf.org                               Dayton Campbell-Harris*
                                                  Garrett Muscatel
R. Jared Evans                                    American Civil Liberties Union
I. Sara Rohani                                    Foundation
NAACP Legal Defense &                             125 Broad Street, 18th Floor
Educational Fund                                  New York, NY 10004

700 14th Street, Suite 600
Washington, DC 20005
jevans@naacpldf.org
srohani@naacpldf.org

John Adcock
Adcock Law LLC
Louisiana Bar No. 30372
3110 Canal Street
New Orleans, LA 701119
jnadcock@gmail.com

Michael de Leeuw
Amanda Giglio
Cozen O'Connor
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
MdeLeeuw@cozen.com
AGiglio@cozen.com

Josephine Bahn
Cozen O'Connor
1200 19th Street NW
Washington, D.C. 20036
JBahn@cozen.com

Robert S. Clark
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
robertclark@cozen.com

slakin@aclu.org
dcampbell-harris@aclu.org
gmuscatel@aclu.org

T. Alora Thomas-Lundborg
Daniel J. Hessel
Election Law Clinic
Harvard Law School
6 Everett Street, Ste. 4105
Cambridge, MA 02138
tthomaslundborg@law.harvard.edu
dhessel@law.harvard.edu

Nora Ahmed
Stephanie Willis
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org
swillis@laaclu.org

Ron Wilson (La. Bar No. 13575)
701 Poydras Street, Suite 4100
New Orleans, LA 70139
cabral2@aol.com

*Practice is limited to federal court.*

*Counsel for Plaintiffs-Appellees*

4