# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 30, 2024

Lyle W. Cayce
Clerk

No. 24-30115

DOROTHY NAIRNE, *Doctor*; CLEE E. LOWE, REVEREND; ALICE WASHINGTON, *Doctor*; BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE; LOUISIANA STATE CONFERENCE OF THE NAACP; STEVEN HARRIS, REVEREND,

*Plaintiffs—Appellees*,

*versus*

NANCY LANDRY, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

STATE OF LOUISIANA, *by and through Attorney General Elizabeth B. Murrill*; PHILLIP DEVILLIER, *in his official capacity as Speaker of the Louisiana House of Representative*; CAMERON HENRY, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

*versus*

UNITED STATES OF AMERICA,

*Intervenor—Appellee*.

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

---

ORDER:

IT IS ORDERED that appellees Black Voters Matter Capacity Building Institute, Mr. Steven Harris, Louisiana State Conference of the NAACP, Mr. Clee E. Lowe, Ms. Dorothy Nairne and Ms. Alice Washington motion to file brief in excess of word limitation, but not to exceed 23,000 words is GRANTED.

_____/s/Jennifer W. Elrod_____
JENNIFER W. ELROD
*United States Circuit Judge*