No. 24-30115

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

DOROTHY NAIRNE, *et al.*,
    *Plaintiffs-Appellees*,

v.

NANCY LANDRY, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF LOUISIANA, *et al.*,
    *Defendant-Appellant.*

STATE OF LOUISIANA, BY AND THROUGH ATTORNEY GENERAL ELIZABETH B. MURRILL, *et al.*,
    *Intervenors-Appellants*,

v.

UNITED STATES,
    *Intervenor-Appellee.*

Appeal from the United States District Court for the Middle District of Louisiana, No. 3:22-cv-00178 (C.J. Shelly D. Dick)

## MOTION OF VOTING RIGHTS HISTORIANS FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES

Eugene R. Fidell
YALE LAW SCHOOL SUPREME COURT
 CLINIC
127 Wall Street
New Haven, CT 06511

Nicole A. Saharsky
Charles A. Rothfeld
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
nsaharsky@mayerbrown.com

*Attorneys for Amici Curiae*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case, in addition to those identified in the briefs filed by Plaintiffs-Appellees and other *amici curiae*. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal:

1. Nicole A. Saharsky, counsel for *amici curiae* Voting Rights Historians.

2. Charles A. Rothfeld, counsel for *amici curiae* Voting Rights Historians.

3. Eugene R. Fidell, counsel for *amici curiae* Voting Rights Historians.

4. Mayer Brown LLP, counsel for *amici curiae* Voting Rights Historians.

5. Yale Law School Supreme Court Clinic, counsel for *amici curiae* Voting Rights Historians.

6. Carol Anderson, *amicus curiae*.

7. Orville Vernon Burton, *amicus curiae*.

8. Alexander Keyssar, *amicus curiae.*

9. J. Morgan Kousser, *amicus curiae.*

No publicly traded company or corporation has an interest in the outcome of this appeal.

Dated: August 23, 2024                    Respectfully submitted,

                                          MAYER BROWN LLP

                                        */s/ Nicole A. Saharsky*
                                        Nicole A. Saharsky
                                        MAYER BROWN LLP
                                        1999 K Street, N.W.
                                        Washington, DC 20006
                                        Telephone: (202) 263-3000
                                        nsaharsky@mayerbrown.com
                                        Attorney for *Amici Curiae*
                                            Voting Rights Historians

*Amici Curiae* Voting Rights Historians move pursuant to Federal Rule of Appellate Procedure 29(a)(3) for leave to file the attached brief. *Amici* are historians who are authorities in the field of minority voting rights. They have published on the subject extensively. In addition, certain of the *amici* have served as expert witnesses or consultants in voting rights cases and have testified before Congress on the subject, including on the renewal of the Voting Rights Act. In light of their deep experience with the Act and its history, *amici* submit the attached brief to assist the Court in the resolution of this case.

*Amici* contacted the parties' counsel seeking consent to file the attached brief. Defendant-appellant Nancy Landry, in her official capacity as Secretary of State of Louisiana, took no position on the request for consent. The remaining parties consented to *amici*'s filing.

Because none of the parties object to *amici*'s filing of the attached brief and because the brief will assist the Court, the Court should grant *amici*'s motion.

Dated: August 23, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MAYER BROWN LLP

　　　　　　　　　　　　　　　　　　*/s/ Nicole A. Saharsky*

Eugene R. Fidell　　　　　　　　　　Nicole A. Saharsky
YALE LAW SCHOOL SUPREME COURT　　Charles A. Rothfeld
　CLINIC[1]　　　　　　　　　　　　MAYER BROWN LLP
127 Wall Street　　　　　　　　　　1999 K Street, N.W.
New Haven, CT 06511　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　Telephone: (202) 263-3000
　　　　　　　　　　　　　　　　　　nsaharsky@mayerbrown.com

*Attorneys for Amici Curiae*

---

[1] The representation of *amici* by a Clinic affiliated with Yale Law School does not reflect any institutional views of Yale Law School or Yale University.

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d), undersigned counsel certifies that this motion:

(i) complies with the type-volume limitation of the Federal and Local Rules because it contains 169 words, including footnotes and excluding the parts of the brief exempted by Rule 32(f); and

(ii) complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared using Microsoft Office Word 2016 and is set in Century Schoolbook font in a size equivalent to 14 points or larger.

Dated: August 23, 2024 /s/ *Nicole A. Saharsky*
Nicole A. Saharsky

## CERTIFICATE OF SERVICE

I certify that on this 23d day of August, 2024, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky
