No. 24-30115

# In the United States Court of Appeals for the Fifth Circuit

Dorothy Nairne, Doctor; Clee E. Lowe, Reverend; Alice Washington, Doctor; Black Voters Matter Capacity Building Institute; Louisiana State Conference of the NAACP; Steven Harris, Reverend,

*Plaintiffs-Appellees*

v.

Nancy Landry, in her official capacity as Secretary of State of Louisiana,

*Defendant-Appellant*

State of Louisiana, by and through Attorney General Elizabeth B. Murrill; Phillip DeVillier, in his official capacity as Speaker of the Louisiana House of Representative; Cameron Henry, in his official capacity as President of the Louisiana Senate,

*Intervenors-Appellants*

v.

United States of America,

*Intervenor-Appellee*

_____

On Appeal from the United States District Court
for the Middle District of Louisiana, No. 3:22-CV-178
_____

**Joint Motion for 7-day Extension of Time to File Reply Briefs**
_____

Elizabeth B. Murrill
Attorney General of Louisiana

Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746

J. Benjamin Aguiñaga
Solicitor General
AguinagaB@ag.louisiana.gov

Morgan Brungard
Deputy Solicitor General

*Counsel for the State of Louisiana*

*(Additional counsel listed in signature block)*

## CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required here because, under the fourth sentence of Fifth Circuit Rule 28.2.1, Appellants—as "governmental" parties—need not furnish a certificate of interested persons.

Pursuant to Federal Rule of Appellate Procedure 27 and 35, the State of Louisiana, Louisiana Secretary of State Nancy Landry, Louisiana Senate President Cameron Henry, and Speaker of the Louisiana House of Representatives Phillip DeVillier (together, "Appellants") respectfully move the Court for a 7-day extension of time to file their merits reply briefs. The Court previously granted Plaintiffs' "motion to amend the briefing schedule" and set the ordinary briefing timetable to begin on July 17, 2024—under which Appellants' current reply brief deadline is September 6, 2024. ECF No. 191-2. (The Court also denied Appellees' "request [for] expedited oral argument." *Id.*) With the brief 7-day extension, Appellants' reply brief deadline would be September 13, 2024.

There is good cause for this brief extension. *First*, after the Court granted Plaintiffs' unopposed motion to file an oversized response brief, Plaintiffs filed a 100-page brief containing just under 23,000 words. ECF No. 220. In addition, the United States filed a separate 34-page response brief with just under 8,000 words, bringing the bottom-side briefing to 134 pages and 31,000 words. ECF No. 219. And as Plaintiffs agree, the sheer breadth and detail of the issues presented in this case are

1

"complex." ECF No. 220 at v. Appellants thus need sufficient time to prepare responses to the voluminous bottom-side briefing, particularly so that such responses will aid the Court's decision-making process.

*Second*, other briefing and similar obligations in early- and mid-September complicate the existing schedule. For example, the State's undersigned counsel must draft and file: a reply in support of the motion to dismiss in *Roake v. Brumley*, No. 24-cv-517 (M.D. La.), due on August 30; a merits amicus brief in *Seven County Infrastructure Coalition v. Eagle County*, No. 23-975 (U.S.), due on September 4; a reply brief in support of the petition for writ of certiorari in *LeBlanc v. McNeal*, No. 24-19 (U.S.), due on September 9; a brief in opposition to the petition for rehearing en banc in *Taylor v. LeBlanc*, No. 21-30625 (5th Cir.), due on September 11; and a brief in opposition to a motion to dismiss or summarily affirm in *Louisiana v. Callais*, No. 24-109 (U.S.), due on September 17. The requested 7-day extension would allow Appellants sufficient breathing room to complete the reply briefing in this case as well.

For these reasons, Appellants respectfully request a 7-day extension—until September 13—to file their reply briefs. The Court has

2

not yet scheduled oral argument. And since the Court denied Plaintiffs' request for expedited argument, the brief 7-day extension will not change the ultimate date of a ruling in this appeal or otherwise prejudice Plaintiffs. The United States "takes no position" on this request. Plaintiffs "are unable to consent" the request.

Date: August 27, 2024                    Respectfully submitted,

/s/ *Richard B. Raile*
RICHARD B. RAILE
KATHERINE L. MCKNIGHT
E. MARK BRADEN
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 861-1711
rraile@bakerlaw.com

MICHAEL W. MENGIS
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002

PATRICK T. LEWIS
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114

ROBERT J. TUCKER
ERIKA DACKIN PROUTY
BAKER & HOSTETLER LLP
200 Civic Center Dr., Suite 1200
Columbus, OH 43215

*Counsel for Phillip DeVillier and Cameron Henry*

/s/ *J. Benjamin Aguiñaga*
ELIZABETH B. MURRILL
Attorney General of Louisiana

J. BENJAMIN AGUIÑAGA
Solicitor General

MORGAN BRUNGARD
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

*Counsel for the State of Louisiana*

/s/ *Phillip J. Strach*
PHILLIP J. STRACH
ALYSSA M. RIGGINS
CASSIE A. HOLT
NELSON MULLINS RILEY
& SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
(919) 329-3800
phillip.strach@nelsonmullins.com

JOHN C. WALSH
JOHN C. CONINE, JR.
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis St.
P.O. Box 4225
Baton Rouge, LA 70821

*Counsel for the Secretary of State*

5

## CERTIFICATE OF SERVICE

I certify that on August 27, 2024, I filed the foregoing with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

# CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3, the undersigned certifies that this motion complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 451 words, excluding the parts of the brief exempted by Rule 32(f); and

(2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word 2016 (the same program used to calculate the word count).

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

Date: August 27, 2024