# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30115   Nairne v. Landry
                    USDC No. 3:22-CV-178

The court has granted an extension of time to and including September 13, 2024 for filing a reply brief in this case.

            Sincerely,

            LYLE W. CAYCE, Clerk

            *Rebecca Andry*
            By: _____
            Rebecca Andry, Deputy Clerk
            504-310-7638

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Ms. Nora Ahmed
Mr. Noah Bokat-Lindell
Mr. Brennan Bowen
Mr. E. Mark Braden
Ms. Morgan Brungard
Mr. Colin Burke
Mr. Dayton Campbell-Harris
Mr. Adriel I. Cepeda Derieux
Mr. Ming Cheung
Mr. Robert Stephen Clark
Mr. John Clifton Conine Jr.
Mr. Jared Evans
Ms. Erin Helene Flynn
Mr. Soren Alexander Geiger
Ms. Amanda Giglio
Mr. Phillip Michael Gordon
Ms. Brianne Jenna Gorod
Mr. Daniel Hessel
Ms. Cassie Holt
Ms. Megan Christine Keenan
Mr. Edmund Gerard LaCour Jr.
Ms. Sophia Lin Lakin
Mr. Patrick T. Lewis
Mr. Michael L. McConnell
Ms. Katherine McKnight

Mr. Michael Warren Mengis
Ms. Elizabeth Baker Murrill
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Ms. Victoria Wenger