# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 04, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30115   Nairne v. Landry
                   USDC No. 3:22-CV-178

Enclosed is an order entered in this case.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Majella A. Sutton, Deputy Clerk
                               504-310-7680

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Ms. Nora Ahmed
Mr. Noah Bokat-Lindell
Mr. Brennan Bowen
Mr. E. Mark Braden
Ms. Morgan Brungard
Mr. Colin Burke
Mr. Dayton Campbell-Harris
Mr. Adriel I. Cepeda Derieux
Mr. Ming Cheung
Mr. Robert Stephen Clark
Mr. John Clifton Conine Jr.
Mr. Jared Evans
Ms. Erin Helene Flynn
Mr. Soren Alexander Geiger
Ms. Amanda Giglio
Mr. Phillip Michael Gordon
Ms. Brianne Jenna Gorod
Mr. Daniel Hessel
Ms. Cassie Holt
Ms. Megan Christine Keenan
Mr. Edmund Gerard LaCour Jr.
Ms. Sophia Lin Lakin
Mr. Patrick T. Lewis
Ms. Katherine McKnight
Mr. Michael Warren Mengis
Ms. Elizabeth Baker Murrill

Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Ms. Nicole A. Saharsky
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Ms. Victoria Wenger