No. 24-30115

# In the United States Court of Appeals for the Fifth Circuit

DOROTHY NAIRNE, DOCTOR; CLEE E. LOWE, REVEREND; ALICE WASHINGTON, DOCTOR; BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE; LOUISIANA STATE CONFERENCE OF THE NAACP; STEVEN HARRIS, REVEREND,

*Plaintiffs-Appellees*

v.

NANCY LANDRY, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF LOUISIANA,

*Defendant-Appellant*

STATE OF LOUISIANA, BY AND THROUGH ATTORNEY GENERAL ELIZABETH B. MURRILL; PHILLIP DEVILLIER, IN HIS OFFICIAL CAPACITY AS SPEAKER OF THE LOUISIANA HOUSE OF REPRESENTATIVE; CAMERON HENRY, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE LOUISIANA SENATE,

*Intervenors-Appellants*

v.

UNITED STATES OF AMERICA,

*Intervenor-Appellee*

_____

On Appeal from the United States District Court
for the Middle District of Louisiana, No. 3:22-CV-178
_____

**EMERGENCY UNOPPOSED JOINT MOTION FOR 5-DAY EXTENSION OF TIME TO FILE REPLY BRIEFS**
_____

ELIZABETH B. MURRILL
Attorney General of Louisiana

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746

J. BENJAMIN AGUIÑAGA
Solicitor General
AguinagaB@ag.louisiana.gov

MORGAN BRUNGARD
Deputy Solicitor General

*Counsel for the State of Louisiana*

*(Additional counsel listed in signature block)*

## CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required here because, under the fourth sentence of Fifth Circuit Rule 28.2.1, Appellants—as "governmental" parties—need not furnish a certificate of interested persons.

Pursuant to Federal Rule of Appellate Procedure 27 and 35, the State of Louisiana, Louisiana Secretary of State Nancy Landry, Louisiana Senate President Cameron Henry, and Speaker of the Louisiana House of Representatives Phillip DeVillier (together, "Appellants") respectfully move the Court for a 5-day extension of time to file their merits reply briefs. The Court previously granted Appellants' motion for a 7-day extension of time to file reply briefs—the current deadline is Friday, September 13. This requested 5-day extension would move the deadline to Wednesday, September 18.

There is good cause for this extension. Tropical Storm Francine is in the Gulf of Mexico and is expected to become a hurricane today (Tuesday, September 10). *E.g., Tropical Storm Francine Nears Hurricane Strength As It Approaches Gulf Coast. Louisianans Are Already Closing the Floodgates*, CNN (Sept. 10, 2024), https://tinyurl.com/3j7b3a32. Francine also is expected to be a Category 2 by landfall tomorrow (Wednesday, September 11), with winds exceeding 110mph and severe flooding. *Id.* Current forecasts predict that Baton Rouge will be at the center of Francine's path. *E.g., Tropical Storm Francine Tracker: Forecast to Become Hurricane As It Approaches Louisiana*, ABC News

(Sept. 10, 2024), https://tinyurl.com/bdcupxda. Governor Landry has issued a state of emergency through Wednesday, September 18. Executive Order No. JML 24-142, https://tinyurl.com/43uha2sc. Schools and offices likewise are announcing closures for this week. *See School, Office, Business Closures in, Near Baton Rouge Ahead of Hurricane Threat*, WGMB Baton Rouge (Sept. 9, 2024), https://tinyurl.com/3p7zcs7z.

Francine poses a direct problem for undersigned counsel for the State, as well as for the Secretary of State and legislative leaders themselves, who are in the middle of their own preparations for the storm and imminent flooding. Indeed, there is a significant chance that they may not have power for much of this week in advance of the current Friday deadline. Accordingly, Appellants respectfully request a 5-day extension of time to file their merits reply briefs. That requested extension would move the deadline from Friday, September 13, to Wednesday, September 18. The United States and Plaintiffs-Appellees do not oppose this request.

Date: September 10, 2024

Respectfully submitted,

/s/ *Richard B. Raile*
RICHARD B. RAILE
KATHERINE L. MCKNIGHT
E. MARK BRADEN
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 861-1711
rraile@bakerlaw.com

MICHAEL W. MENGIS
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002

PATRICK T. LEWIS
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114

ROBERT J. TUCKER
ERIKA DACKIN PROUTY
BAKER & HOSTETLER LLP
200 Civic Center Dr., Suite 1200
Columbus, OH 43215

*Counsel for Phillip DeVillier and Cameron Henry*

/s/ *J. Benjamin Aguiñaga*
ELIZABETH B. MURRILL
Attorney General of Louisiana

J. BENJAMIN AGUIÑAGA
Solicitor General

MORGAN BRUNGARD
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

*Counsel for the State of Louisiana*

/s/ *Phillip J. Strach*
PHILLIP J. STRACH
ALYSSA M. RIGGINS
CASSIE A. HOLT
NELSON MULLINS RILEY
& SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
(919) 329-3800
phillip.strach@nelsonmullins.com

JOHN C. WALSH
JOHN C. CONINE, JR.
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis St.
P.O. Box 4225
Baton Rouge, LA 70821

*Counsel for the Secretary of State*

3

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, I filed the foregoing with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

## CERTIFICATE OF COMPLIANCE

Pursuant to Fifth Circuit Rule 32.3, the undersigned certifies that this motion complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 451 words, excluding the parts of the brief exempted by Rule 32(f); and

(2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word 2016 (the same program used to calculate the word count).

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA

Date: September 10, 2024