# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 11, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30115   Nairne v. Landry  
                   USDC No. 3:22-CV-178

The court has granted an extension of time to and including September 18, 2024 for filing a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Melissa V. Mattingly, Deputy Clerk  
504-310-7719

Mr. John N. Adcock  
Mr. Jorge Benjamin Aguinaga  
Ms. Nora Ahmed  
Mr. Noah Bokat-Lindell  
Mr. Brennan Bowen  
Mr. E. Mark Braden  
Ms. Morgan Brungard  
Mr. Colin Burke  
Mr. Dayton Campbell-Harris  
Mr. Adriel I. Cepeda Derieux  
Mr. Ming Cheung  
Mr. Robert Stephen Clark  
Mr. John Clifton Conine Jr.  
Mr. Jared Evans  
Ms. Erin Helene Flynn  
Mr. Soren Alexander Geiger  
Ms. Amanda Giglio  
Mr. Phillip Michael Gordon  
Ms. Brianne Jenna Gorod  
Mr. Daniel Hessel  
Ms. Cassie Holt  
Ms. Megan Christine Keenan  
Mr. Edmund Gerard LaCour Jr.  
Ms. Sophia Lin Lakin  
Mr. Patrick T. Lewis  
Ms. Katherine McKnight  
Mr. Michael Warren Mengis

Ms. Elizabeth Baker Murrill
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Ms. Nicole A. Saharsky
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Ms. Victoria Wenger