# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

October 01, 2024

No. 24-30115    Nairne v. Landry
                      USDC No. 3:22-CV-178

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1 **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue; record excerpts must be white; Appellee's brief must be red; Appellant's reply brief must be gray. Amicus brief must be green. You may refer to Fed. R. App. P. 32 for guidance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

    Mr. John N. Adcock
    Mr. Jorge Benjamin Aguinaga
    Ms. Nora Ahmed
    Mr. Noah Bokat-Lindell
    Mr. Brennan Bowen
    Mr. E. Mark Braden
    Ms. Morgan Brungard
    Mr. Colin Burke
    Mr. Dayton Campbell-Harris
    Mr. Adriel I. Cepeda Derieux
    Mr. Ming Cheung
    Mr. Robert Stephen Clark
    Mr. John Clifton Conine Jr.
    Mr. Jared Evans

```
Ms. Erin Helene Flynn
Mr. Soren Alexander Geiger
Ms. Amanda Giglio
Mr. Phillip Michael Gordon
Ms. Brianne Jenna Gorod
Mr. Daniel Hessel
Ms. Cassie Holt
Ms. Megan Christine Keenan
Mr. Edmund Gerard LaCour Jr.
Ms. Sophia Lin Lakin
Mr. Patrick T. Lewis
Ms. Katherine McKnight
Mr. Michael Warren Mengis
Ms. Elizabeth Baker Murrill
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Ms. Nicole A. Saharsky
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Ms. Victoria Wenger
```