# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 23, 2024

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

   No. 24-30115    Nairne v. Landry

   Projected Week of Hearing **01/06/2025**
   ------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

                              CALENDARING DEPARTMENT
                              clerk_calendaring@ca5.uscourts.gov

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Mr. Noah Bokat-Lindell
Mr. E. Mark Braden
Ms. Morgan Brungard
Mr. Colin Burke
Mr. Adriel I. Cepeda Derieux

```
Mr. Ming Cheung
Mr. Robert Stephen Clark
Mr. John Clifton Conine Jr.
Mr. Soren Alexander Geiger
Ms. Brianne Jenna Gorod
Mr. Daniel Hessel
Ms. Cassie Holt
Ms. Megan Christine Keenan
Mr. Edmund Gerard LaCour Jr.
Ms. Sophia Lin Lakin
Mr. Patrick T. Lewis
Ms. Katherine McKnight
Mr. Michael Warren Mengis
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Mr. Phillip Strach
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Ms. Victoria Wenger
```