No. 24-30115

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

DOROTHY NAIRNE, DOCTOR; CLEE E. LOWE, REVEREND; ALICE WASHINGTON, DOCTOR; BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE; LOUISIANA STATE CONFERENCE OF THE NAACP; STEVEN HARRIS, REVEREND,

*Plaintiffs – Appellees*,

v.

NANCY LANDRY, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF LOUISIANA,

*Defendant – Appellant*,

STATE OF LOUISIANA, BY AND THROUGH ATTORNEY GENERAL ELIZABETH B. MURRILL; PHILLIP DEVILLIER, IN HIS OFFICIAL CAPACITY AS SPEAKER OF THE LOUISIANA HOUSE OF REPRESENTATIVES; CAMERON HENRY, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE LOUISIANA SENATE,

*Intervenor – Appellants*,

v.

UNITED STATES OF AMERICA,

*Intervenor – Appellee*.

On Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:22-cv-00178-SDD-SDJ

**APPELLANTS' JOINT MOTION FOR ENLARGEMENT OF TIME FOR ORAL ARGUMENT**

RICHARD B. RAILE
KATHERINE L. MCKNIGHT
E. MARK BRADEN
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 861-1711
rraile@bakerlaw.com

MICHAEL W. MENGIS
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002

PATRICK T. LEWIS
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114

ROBERT J. TUCKER
ERIKA DACKIN PROUTY
BAKER & HOSTETLER LLP
200 Civic Center Dr., Suite 1200
Columbus, OH 43215

*Counsel for Intervenor-Appellants, Phillip DeVillier, in his official capacity as Speaker of the Louisiana House of Representatives, and Cameron Henry, in his official capacity as President of the Louisiana Senate*

ELIZABETH B. MURRILL
Attorney General of Louisiana

J. BENJAMIN AGUIÑAGA
Solicitor General

MORGAN BRUNGARD
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

*Counsel for the State of Louisiana*

PHILLIP J. STRACH
ALYSSA M. RIGGINS
CASSIE A. HOLT
NELSON MULLINS RILEY
& SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
(919) 329-3800
phillip.strach@nelsonmullins.com

JOHN C. WALSH
JOHN C. CONINE, JR.
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis St.
P.O. Box 4225
Baton Rouge, LA 70821

*Counsel for Appellant Nancy Landry*

## CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required here because, under the fourth sentence of Fifth Circuit Rule 28.2.1, Appellants—as "governmental" parties—need not furnish a certificate of interested persons.

Dated: November 20, 2024                    Respectfully submitted,

*/s/ Richard B. Raile*
Richard B. Raile

*Counsel for Phillip DeVillier and Cameron Henry*

Pursuant to Federal Rule of Appellate Procedure 34(b) and Fifth Circuit Rule 34.12, the State of Louisiana, Louisiana Secretary of State Nancy Landry, Louisiana Senate President, Cameron Henry, and the Speaker of the Louisiana House of Representatives, Phillip DeVellier (together "Appellants"), respectfully move this Court to enlarge the time for the oral argument scheduled for January 7, 2025. Appellants understand the Court has allotted 20 minutes per side and respectfully propose increasing this allotment to 30 minutes per side. Counsel for Plaintiffs-Appellees and the United States take no position on the relief sought. Good cause supports this request.

To begin, this is a case of paramount public importance. Louisiana's State House and Senate redistricting plans provide the most majority-Black districts in State history, but Plaintiffs-Appellees—four voters and two organizations—sued under Section 2 of the Voting Rights Act, claiming that statute demands nine more. The district court agreed and issued an order permanently enjoining elections in all districts in Louisiana's Senate and State House plans. The injunction therefore impacts the political representation and voting rights of all 4.5 million residents of the State. This, in short, is a case "where the stakes of

the litigation are unusually significant."[1] *In re Landry*, 83 F.4th 300, 308 (5th Cir. 2023) (Ho., J., concurring).

It is also an unusually complex case. All redistricting cases raise issues that are "sensitive" and "complex," *Miller v. Johnson*, 515 U.S. 900, 915–16 (1995), and call for a "refined approach" from the adjudicating courts, *Allen v. Milligan*, 599 U.S. 1, 26 (2023), and this appeal is among the most complex redistricting cases. The three sets of separately represented Appellants filed briefs exceeding 48,000 words total, raising different—though mutually reinforcing—grounds for this Court to reverse or at least vacate the injunction. Plaintiffs responded with an oversized answering brief of nearly 23,000 words and are joined by the United States, which intervened below and filed a separate answering brief. In sum, nearly 79,000 words of merits briefing are before the Court in this appeal. The record on appeal exceeds 26,000 pages, due to a lengthy and complex trial, involving 13 expert and 9 fact witnesses. The trial court's order is 91 pages and is accompanied by a separate appendix. This case meets the standard for Class IV appeals, which present "the most complex cases." Practitioner's Guide to the United States Court of Appeals for the Fifth Circuit at 35 (Sept. 2024). The Court

---

[1] Indeed, Appellants sought initial hearing *en banc*, and the Court denied that request by an evenly split vote. *See* 5th Cir. ECF No. 176 (reporting vote as 8-8-1).

will benefit from fulsome argument presented by both sides as it considers the questions before it.

The parties will benefit as well. Counsel for the three sets of Appellants intend to divide argument three ways to ensure their clients' respective positions are adequately presented. These are not duplicative positions. The Secretary of State's briefing focuses, *inter alia*, on the *Gingles* preconditions and rulings concerning expert opinion admissibility rulings; the Legislative Leaders' briefing focuses, *inter alia*, on standing and the proportionality inquiry under Section 2; and the State's briefing focuses on the ongoing validity of race-based measures enforcing Section 2. Counsel for Appellants will ensure that their presentations are not redundant, but this effort will be hamstrung if the entire presentation is limited to 20 minutes.

For these reasons, Appellants respectfully request that the Court enter an order enlarging argument time for the January 7, 2025, oral argument in this matter to 30 minutes per side.

Dated: November 20, 2024

/s/ Richard B. Raile
RICHARD B. RAILE
KATHERINE L. MCKNIGHT
E. MARK BRADEN
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 861-1711
rraile@bakerlaw.com

MICHAEL W. MENGIS
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002

PATRICK T. LEWIS
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114

ROBERT J. TUCKER
ERIKA DACKIN PROUTY
BAKER & HOSTETLER LLP
200 Civic Center Dr., Suite 1200
Columbus, OH 43215

*Counsel for Phillip DeVillier and Cameron Henry*

Respectfully submitted,

/s/ J. Benjamin Aguiñaga
ELIZABETH B. MURRILL
Attorney General of Louisiana

J. BENJAMIN AGUIÑAGA
Solicitor General

MORGAN BRUNGARD
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

*Counsel for the State of Louisiana*

/s/ Phillip J. Strach
PHILLIP J. STRACH
ALYSSA M. RIGGINS
CASSIE A. HOLT
NELSON MULLINS RILEY
& SCARBOROUGH LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
(919) 329-3800
phillip.strach@nelsonmullins.com

JOHN C. WALSH
JOHN C. CONINE, JR.
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis St.
P.O. Box 4225
Baton Rouge, LA 70821

*Counsel for Appellant Nancy Landry*

5

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g) and 5th Cir. R. 32.3, I certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because, excluding the parts of the brief exempted by Fed. R. App. P. 32(f), this brief contains 590 words.

Pursuant to Fed. R. App. P. 32(g) and 5th Cir. R. 32.3, I certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word version 2308 in 14-point Calisto MT font.

Dated:  November 20, 2024                    Respectfully submitted,

*/s/ Richard B. Raile*
Richard B. Raile
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, DC 20036
Telephone: 202.861.1711
Email: rraile@bakerlaw.com

*Counsel for Phillip DeVillier and Cameron Henry*

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2024, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served via electronic filing upon all counsel of record in this case.

Dated: November 20, 2024                    Respectfully submitted,

*/s/ Richard B. Raile*
Richard B. Raile
Baker & Hostetler LLP
1050 Connecticut Ave., N.W.
Suite 1100
Washington, DC 20036
Telephone: 202.861.1711
Email: rraile@bakerlaw.com

*Counsel for Phillip DeVillier and Cameron Henry*