# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-30115

---

Dorothy Nairne, *Doctor*; Clee E. Lowe, *Reverend*; Alice Washington, *Doctor*; Black Voters Matter Capacity Building Institute; Louisiana State Conference of the NAACP; Steven Harris, *Reverend*,

*Plaintiffs—Appellees*,

versus

Nancy Landry, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

State of Louisiana, *by and through Attorney General Elizabeth B. Murrill*; Phillip DeVillier, *in his official capacity as Speaker of the Louisiana House of Representative*; Cameron Henry, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

versus

United States of America,

*Intervenor—Appellee.*

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

No. 24-30115

_____

ORDER:

IT IS ORDERED that the motion of appellants for an additional 10 minutes of oral argument time per side is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT