January 9, 2025

**VIA CM/ECF**
Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

      Re:    Letter Clarifying Oral Argument Reference in
                 *Nairne v. Landry*, No. 24-30115

Dear Mr. Cayce:

In response to a question at oral argument before the Fifth Circuit on January 7, 2025, counsel for Plaintiffs-Appellees referenced a response memorandum that Plaintiffs filed on January 3, 2025 in the district court. Oral Arg. at 28:44-28:48[1] (referencing ECF No. 287 in *Nairne v. Ardoin*, No. 3:22-cv-00178 (M.D. La.)).

After the conclusion of the oral argument, Plaintiffs were notified of a procedural filing issue involving that memorandum. To avoid any confusion, Plaintiffs submit this letter to clarify for the panel that the same memorandum referenced at oral argument has been re-filed at ECF No. 290. That memorandum is attached to this letter for ease of reference.

                 Sincerely,

                 */s/ Megan C. Keenan*
                 Megan C. Keenan
                 American Civil Liberties Union Foundation
                 915 15th St. NW
                 Washington, DC 20005
                 (740) 632-0671
                 mkeenan@aclu.org

Cc:    All parties and amici via CM/ECF

---

[1] These timestamps reference the publicly available recording of the oral argument. *See* U.S. Court of Appeals for the Fifth Circuit, Oral Argument Recordings, *available at* https://www.ca5.uscourts.gov/OralArgRecordings/24/24-30115_01-07-2025.mp3.