

**U.S. Department of Justice**

Civil Rights Division

---

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, DC  20044-4403*


February 20, 2025

**VIA CM/ECF**

Lyle W. Cayce
United States Court of Appeals
  for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

    Re:  *Dorothy Nairne v. Nancy Landry*, No. 24-30115 (5th Cir.)

Dear Mr. Cayce:

    I am writing to withdraw as counsel of record in the above-captioned case. After February 21, 2025, I will no longer work at the Department of Justice.

    The United States will continue to be represented in this appeal by Noah B. Bokat-Lindell.

                      Sincerely,

                      s/ Erin H. Flynn
                      Erin H. Flynn
                      Attorney
                      Appellate Section
                      Civil Rights Division
                      Erin.Flynn@usdoj.gov
                      202-514-5361