

**U.S. Department of Justice**

Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, DC  20044-4403*

June 12, 2025

**VIA CM/ECF**

Lyle W. Cayce
United States Court of Appeals
  for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

    Re:  *Dorothy Nairne v. Nancy Landry*, No. 24-30115 (5th Cir.)

Dear Mr. Cayce:

    I am writing to withdraw as counsel of record in the above-captioned case.  Effective June 13, 2025, I will no longer be working in the Civil Rights Division of the Department of Justice.

    The United States will continue to be represented in this appeal by Jason Lee.

                  Sincerely,

              s/ Noah B. Bokat-Lindell
              Noah B. Bokat-Lindell
                     Attorney
                Appellate Section
              Civil Rights Division
      Noah.Bokat-Lindell@usdoj.gov
                 202-598-0243