# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 14, 2025
Lyle W. Cayce
Clerk

No. 24-30115

───────────

Dorothy Nairne, *Doctor*; Clee E. Lowe, *Reverend*; Alice Washington, *Doctor*; Black Voters Matter Capacity Building Institute; Louisiana State Conference of the NAACP; Steven Harris, *Reverend*,

*Plaintiffs—Appellees*,

versus

Nancy Landry, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

State of Louisiana, *by and through Attorney General Elizabeth B. Murrill*; Phillip DeVillier, *in his official capacity as Speaker of the Louisiana House of Representative*; Cameron Henry, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

versus

United States of America,

*Intervenor—Appellee.*

───────────

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

---

## JUDGMENT

Before DENNIS, HAYNES,[†] and RAMIREZ, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

---

[†] JUDGE HAYNES concurs in the judgment.