# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 18, 2025

Ms. Megan Christine Keenan
American Civil Liberties Union
915 15th Street, N.W.
Washington, DC 20005-0000

        No. 24-30115    Nairne v. Landry
                        USDC No. 3:22-CV-178

Dear Counsel:

Please be advised that the court has requested a response to the
Appellants' motion for abeyance of appeal and suspension of
deadlines to be filed in this office on or before 9:00 a.m. on
August 21, 2025.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703


cc:  Mr. John N. Adcock
     Mr. Jorge Benjamin Aguinaga
     Ms. Nora Ahmed
     Mr. Brennan Bowen
     Mr. E. Mark Braden
     Ms. Morgan Brungard
     Mr. Colin Burke
     Mr. Dayton Campbell-Harris
     Mr. Adriel I. Cepeda Derieux
     Mr. Ming Cheung
     Mr. Robert Stephen Clark
     Mr. John Clifton Conine Jr.
     Mr. Jared Evans
     Mr. Soren Alexander Geiger
     Ms. Amanda Giglio

Mr. Phillip Michael Gordon
Ms. Brianne Jenna Gorod
Mr. Daniel Hessel
Ms. Cassie Holt
Mr. Edmund Gerard LaCour Jr.
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Patrick T. Lewis
Ms. Katherine McKnight
Mr. Michael Warren Mengis
Ms. Elizabeth Baker Murrill
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Ms. Nicole A. Saharsky
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Ms. Victoria Wenger