# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 25, 2025
Lyle W. Cayce
Clerk

No. 24-30115

---

Dorothy Nairne, *Doctor*; Clee E. Lowe, Reverend; Alice Washington, *Doctor*; Black Voters Matter Capacity Building Institute; Louisiana State Conference of the NAACP; Steven Harris, Reverend,

*Plaintiffs—Appellees,*

versus

Nancy Landry, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant,*

State of Louisiana, *by and through Attorney General Elizabeth B. Murrill*; Phillip DeVillier, *in his official capacity as Speaker of the Louisiana House of Representative*; Cameron Henry, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants,*

versus

United States of America,

*Intervenor—Appellee.*

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

No. 24-30115

_____

ORDER:

IT IS ORDERED that Appellants' opposed motion to stay further proceedings in this court pending the decision of the United States Supreme Court in *Louisiana v. Callais*, No. 24-109, is DENIED.

IT IS FURTHER ORDERED that Appellants' alternative request for a 60-day extension of time to seek rehearing en banc is GRANTED.

/s/ James L. Dennis
James L. Dennis
*United States Circuit Judge*