*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

October 27, 2025

Ms. Megan Christine Keenan
American Civil Liberties Union
915 15th Street, N.W.
Washington, DC 20005-0000

Mr. Jason Lee
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

    No. 24-30115   Nairne v. Landry
                          USDC No. 3:22-CV-178

Dear Counsel:

The court request that the parties file a response to the appellants' petition for rehearing en banc. The response is to be filed in this office on or before November 6, 2025.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Peter A. Conners, Deputy Clerk
                                504-310-7685

cc:
    Mr. John N. Adcock
    Mr. Jorge Benjamin Aguinaga
    Ms. Nora Ahmed
    Mr. Brennan Bowen
    Mr. E. Mark Braden
    Ms. Morgan Brungard
    Mr. Colin Burke
    Mr. Dayton Campbell-Harris
    Mr. Adriel I. Cepeda Derieux

Mr. Ming Cheung
Mr. Robert Stephen Clark
Mr. John Clifton Conine Jr.
Mr. Jared Evans
Mr. Soren Alexander Geiger
Ms. Amanda Giglio
Mr. Phillip Michael Gordon
Ms. Brianne Jenna Gorod
Mr. Daniel Hessel
Ms. Cassie Holt
Mr. Edmund Gerard LaCour Jr.
Ms. Sophia Lin Lakin
Mr. Patrick T. Lewis
Ms. Katherine McKnight
Mr. Michael Warren Mengis
Ms. Elizabeth Baker Murrill
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins
Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Ms. Nicole A. Saharsky
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Ms. Victoria Wenger