No. 24-30115

# In the UNITED STATES COURT OF APPEALS for the FIFTH CIRCUIT

◆

NAIRNE, et al.,

*Plaintiffs-Appellees,*

v.

LANDRY, et al.,

*Defendants-Appellants.*

◆

## MOTION FOR LEAVE TO WITHDRAW

Steve Marshall
*Attorney General*

Edmund G. LaCour Jr.
*Solicitor General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Tel: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

November 3, 2025

## MOTION FOR LEAVE TO WITHDRAW

I, Edmund LaCour, move for leave to withdraw as counsel of record for *Amicus Curiae* State of Alabama, because I will soon be resigning from the Alabama Attorney General's Office. The State of Alabama will continue to be represented by other counsel who have entered an appearance in this appeal. No party will be prejudiced by this withdrawal.

    Respectfully submitted,

    Steve Marshall
    *Attorney General*

    /s/ Edmund G. LaCour Jr.
    Edmund G. LaCour Jr.
    *Solicitor General*
    Office of the Attorney General
    501 Washington Avenue
    Montgomery, Alabama 36130-0152
    Telephone: 334.242.7300
    Edmund.LaCour@AlabamaAG.gov

    **Counsel for Amicus Curiae State of Alabama**

# CERTIFICATE OF COMPLIANCE

1. I certify that this motion complies with the type-volume limitations set forth in Fed. R. App. P. 27(d)(2)(A). This motion contains 63 words, including all headings, footnotes, and quotations, and excluding the parts of the motion exempted under Fed. R. App. P. 32(f).

2. In addition, this motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Amicus Curiae State of Alabama*

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Counsel for Amicus Curiae State of Alabama*