# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 26, 2025
Lyle W. Cayce
Clerk

No. 24-30115

Dorothy Nairne, *Doctor*; Clee E. Lowe, Reverend; Alice Washington, *Doctor*; Black Voters Matter Capacity Building Institute; Louisiana State Conference of the NAACP; Steven Harris, Reverend,

*Plaintiffs—Appellees*,

versus

Nancy Landry, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

State of Louisiana, *by and through Attorney General Elizabeth B. Murrill*; Phillip DeVillier, *in his official capacity as Speaker of the Louisiana House of Representative*; Cameron Henry, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

versus

United States of America,

*Intervenor—Appellee.*

No. 24-30115

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

---

UNPUBLISHED ORDER

Before DENNIS, HAYNES, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

Appellants' Motion for Abeyance of Appeal and Suspension of Deadlines is GRANTED, pending the decision of the Supreme Court of the United States in No. 24-109, *Louisiana v. Callais*. The hold on the mandate remains in effect. The petition for rehearing en banc remains pending.

---

[*] JUDGE DENNIS joins the order because the panel is not unanimous in opposing abeyance.