# In the United States Court of Appeals for the Fifth Circuit

DOROTHY NAIRNE, DOCTOR, ET AL.,
*Plaintiffs-Appellees*

*v.*

NANCY LANDRY, IN HER OFFICIAL CAPACITY AS SECRETARY
OF STATE OF LOUISIANA,
*Defendant-Appellant*

STATE OF LOUISIANA, BY AND THROUGH ATTORNEY GENERAL
ELIZABETH B. MURRILL, ET AL.,
*Intervenors-Appellants*

*v.*

UNITED STATES OF AMERICA,
*Intervenor-Appellee.*

Appeal from the United States District Court for the Middle District of
Louisiana, No. 3:22-cv-00178 (C.J. Shelly D. Dick)

## MOTION TO WITHDRAW APPEARANCE

Megan C. Keenan
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
915 15th St., NW
Washington, DC 20005
(740) 632-0671
mkeenan@aclu.org

# MOTION TO WITHDRAW APPEARANCE

I, Megan C. Keenan, hereby move to withdraw my appearance as counsel for Plaintiffs-Appellees in Case No. 24-30115, because I am leaving my current position at the American Civil Liberties Union Foundation on January 29, 2026. Plaintiffs-Appellees will continue to be represented by my colleagues Sarah Brannon, Sophia Lin Lakin, and Dayton Campbell-Harris at the American Civil Liberties Union Foundation, as well as our co-counsel at the ACLU Foundation of Louisiana, NAACP Legal Defense & Educational Fund, Cozen O'Connor, Election Law Clinic at Harvard Law School, Adcock Law LLC, and practitioner Ron Wilson.

Date: January 29, 2026        Respectfully submitted,

*/s/ Megan C. Keenan* .
Megan C. Keenan
American Civil Liberties Union
Foundation
915 15th St. NW
Washington, DC 20005
mkeenan@aclu.org

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

Date: January 29, 2026      */s/ Megan C. Keenan*
     Megan C. Keenan