# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 04, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30115   Nairne v. Landry
                    USDC No. 3:22-CV-178

Enclosed is an order entered in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     *S. Rasheed*
                 By: _____
                 Shatyra Rasheed, Deputy Clerk
                 504-310-7646

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Ms. Nora Ahmed
Mr. Alexander Barrett Bowdre
Mr. Brennan Bowen
Mr. E. Mark Braden
Ms. Morgan Brungard
Mr. Colin Burke
Mr. Dayton Campbell-Harris
Mr. Adriel I. Cepeda Derieux
Mr. Ming Cheung
Mr. Robert Stephen Clark
Mr. John Clifton Conine Jr.
Mr. Jared Evans
Mr. Soren Alexander Geiger
Ms. Amanda Giglio
Mr. Phillip Michael Gordon
Ms. Brianne Jenna Gorod
Mr. Daniel Hessel
Ms. Cassie Holt
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Patrick T. Lewis
Ms. Katherine McKnight
Mr. Michael Warren Mengis
Ms. Elizabeth Baker Murrill
Mr. Garrett Muscatel
Mr. Stuart Naifeh
Ms. Erika Prouty
Mr. Richard Bryan Raile
Mrs. Alyssa Riggins

Ms. Isabel Sara Rohani
Ms. Kathryn C. Sadasivan
Ms. Nicole A. Saharsky
Mr. Phillip Strach
Ms. Tiffany Alora Thomas
Mr. Jason Brett Torchinsky
Mr. Robert J. Tucker
Mr. John Carroll Walsh
Mr. Christopher Chen-Hsin Wang
Ms. Victoria Wenger