# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-30115

_____

United States Court of Appeals
Fifth Circuit

**FILED**

April 22, 2026

Lyle W. Cayce
Clerk

Dorothy Nairne, *Doctor*; Clee E. Lowe, Reverend; Alice Washington, *Doctor*; Black Voters Matter Capacity Building Institute; Louisiana State Conference of the NAACP; Steven Harris, Reverend,

*Plaintiffs—Appellees*,

*versus*

Nancy Landry, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

State of Louisiana, *by and through Attorney General Elizabeth B. Murrill*; Phillip DeVillier, *in his official capacity as Speaker of the Louisiana House of Representative*; Cameron Henry, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

*versus*

United States of America,

*Intervenor—Appellee*.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

_____

ORDER:

IT IS ORDERED that Daniel Hessel's motion to withdraw as counsel on behalf of the Appellees is GRANTED.


/s/ *Catharina Haynes*
CATHARINA HAYNES
*United States Circuit Judge*