# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 7, 2026

Lyle W. Cayce
Clerk

No. 24-30115

—————

DOROTHY NAIRNE, *Doctor*; CLEE E. LOWE, REVEREND; ALICE WASHINGTON, *Doctor*; BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE; LOUISIANA STATE CONFERENCE OF THE NAACP; STEVEN HARRIS, REVEREND,

*Plaintiffs—Appellees*,

*versus*

NANCY LANDRY, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

STATE OF LOUISIANA, *by and through Attorney General Elizabeth B. Murrill*; PHILLIP DEVILLIER, *in his official capacity as Speaker of the Louisiana House of Representative*; CAMERON HENRY, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

*versus*

UNITED STATES OF AMERICA,

*Intervenor—Appellee.*

—————————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

No. 24-30115

_____

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT